IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOLI SYARIEF PULUNGAN,

      Plaintiff,

v.

ERIK C. PETERSON
by MEREDITH P. DUCHEMIN,

      Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-639-wmc

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice or costs.

By: _____ Deputy Clerk      1-13-11
    Peter Oppeneer, Clerk of Court      Date